IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUSTAVO GUZMAN,

      Plaintiff,                      No. CIV S-08-2762 KJM PS

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                   ORDER

/

        Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying applications for Disability Income Benefits ("DIB") and Supplemental Security Income ("SSI") under Titles II and XVI of the Social Security Act ("Act"), respectively. Under the venue statute governing this action, plaintiff may obtain a review of any final decision of the Secretary made after a hearing to which the plaintiff was a party by commencing a civil action in the federal district court for the judicial district in which the claimant resides. 42 U.S.C. § 405(g). Plaintiff resides in Riverbank, California, which is located in Stanislaus County. That county is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

/////

1  Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
2  the proper division of a court may, on the court's own motion, be transferred to the proper
3  division of the court. Therefore, this action will be transferred to the Fresno Division of the
4  court.
5  Good cause appearing, IT IS HEREBY ORDERED that:
6  1. This action is transferred to the United States District Court for the Eastern
7  District of California sitting in Fresno; and
8  2. All future filings shall reference the new Fresno case number assigned and
9  shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

13  DATED:  November 24, 2008.

006
guzman.tra

_____
U.S. MAGISTRATE JUDGE