# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUSTAVO GUZMAN, | ) | 1:08cv01796 DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER TO SHOW CAUSE |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

On November 18, 2008, Plaintiff, proceeding pro se and in forma pauperis, filed the present action for judicial review of the denial of Social Security benefits.

On November 24, 2008, the Court issued a Scheduling Order.  The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record, which shall be deemed an answer to the complaint.  The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days.  Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

1   On July 14, 2009, Defendant lodged the administrative record. Pursuant to the
2   Scheduling Order, Plaintiff was required to file his opening brief on or before October 19, 2009.
3   To date, Plaintiff has not filed his brief.
4   Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action
5   should not be dismissed for failure to comply with the Court's orders. Plaintiff is ORDERED to
6   file a written response to this Order to Show Cause within twenty (20) days of the date of this
7   Order. If Plaintiff desires more time to file his brief or wishes to dismiss this action, he should so
8   state in his response.
9   **Failure to respond to this Order to Show Cause will result in dismissal of this action.**

12   IT IS SO ORDERED.
13   Dated:   November 13, 2009                    /s/ Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE