# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUSTAVO GUZMAN, | ) | 1:08cv1796 DLB |
| | ) | |
| Plaintiff, | ) ) | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| | ) | (Document 14) |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | ORDER EXTENDING TIME TO FILE OPENING BRIEF |
| | ) | |
| Defendant. | ) ) | |

On November 18, 2008, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. Plaintiff's opening brief was due on or before October 19, 2009.

On November 13, 2009, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file his opening brief.

On December 2, 2009, Plaintiff filed a response to the order to show cause. Plaintiff explains that he failed to file an opening brief due to the lack of understanding of the legal procedures. He does not speak English and misunderstood the instructions. Plaintiff also explains that he encountered unforeseen circumstances, which distracted him from the case, involving his wife's diagnosis with cancer.

Accordingly, the order to show cause issued on November 13, 2009, is DISCHARGED. Plaintiff's time for filing an opening brief is extended an additional thirty (30) days to January 4, 2010.

IT IS SO ORDERED.

Dated:   December 4, 2009            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1